JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTEA HUPP, et al., | ) Case No. ED CV 16-370-VAP (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| SOLERA OAK VALLEY GREENS ASSOCIATION, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Complaint Without Leave to Amend,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without leave to amend.

Dated: May 13, 2016

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE