1  Paul Hupp
   965 Hidden Oaks Drive
2  Beaumont, CA 92223
   951-769-1268
3  *In Propria Persona*

FILED
CLERK, U.S. DISTRICT COURT

**9/14/20**

CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 1 4 2020

FILED_____
DOCKETED_____
                    DATE        INITIAL

4

UNITED STATES DISTRICT COURT

5

CENTRAL DISTRICT OF CALIFORNIA

6

7  **Paul Hupp**                                    )
                                                    )
8          Appellant,                               )   Case No.:  **EDCV16-370-VAP(SP)**
                                                    )
9      v.                                           )
                                                    )
10 **Rebecca Lynn Dugan,**                          )   **PLAINTIFF'S PETITION FOR WRIT OF**
   **John Washburne Vineyard,**                     )   **MANDAMUS;** *ALTERNATIVELY*
11 **Leslie Irene Ryder, A/K/A Leslie Irene**       )   **NOTICE OF APPEAL UNDER TITLE 28**
   **Hupp;**                                        )   **U.S.C. § 158; DESIGNATION OF THE**
12 **Lisa Martinez Shiozaki;**                      )   **RECORD ON APPEAL; PLAINTIFF'S**
   **Kellen S. Stevens;**                           )   **STATEMENT OF ISSUES; TO THE 9**[TH]
13 **Dennis M. Sandoval;**                          )   **CIRCUIT COURT OF APPEAL;**
   **De La Housaye & Associates, A Law**            )   **RENEWED IFP (WRIT/APPEAL BASED**
14 **Corporation;**                                 )   **ON ISSUES IN EMERGENCY MOTION**
   **Roes 1-10;**                                   )   **FILED UNDER CIRCUIT RULE 27-3**
15 **Individually, Jointly, Jointly and Severally,**)   **THAT IS FILED CONCURRENTLY)**
           **Appellees.**                           )
16                                                  )
                                                    )
17                                                  )
                                                    )
18 _____)
                                                        **I**
19            **Notice of Writ of Mandamus; Alternatively Appeal**

20     Appellant Paul Hupp ("APPELLANT"), *In Propria Persona*, hereby gives notice of

21 Petition for Writ of Mandamus ("WRIT") mandating the District Court ("D-COURT") to

22 calendar and rule on APPELLANT'S *Ex Parte* Application filed on August 17, 2020;

23 *alternatively* APPELLANT files this paper as an appeal ("APPEAL") under Title 28 U.S.C. §

24 158 from the D-COURT'S failure to timely calendar and grant or deny APPELLANT'S *Ex Parte*

25 Application .

                                    -1-                        Paul Hupp
                                                               Appeal

1  | Paul Hupp
   | 965 Hidden Oaks Drive
2  | Beaumont, CA 92223
   | 951-769-1268
3  | *In Propria Persona*

4

               UNITED STATES DISTRICT COURT

5

               CENTRAL DISTRICT OF CALIFORNIA

6

7  | **Paul Hupp**                                          )
                                                           )
8  |            Appellant,                                 )  Case No.: EDCV-16-00370 VAP (SP)
                                                           )
9  |       v.                                              )
                                                           )
10 | **Rebecca Lynn Dugan,**                               )  **PLAINTIFF'S PETITION FOR WRIT OF**
   | **John Washburne Vineyard,**                          )  **MANDAMUS; *ALTERNATIVELY***
11 | **Leslie Irene Ryder, A/K/A Leslie Irene**            )  **NOTICE OF APPEAL UNDER TITLE 28**
   | **Hupp;**                                             )  **U.S.C. § 158; DESIGNATION OF THE**
12 | **Lisa Martinez Shiozaki;**                           )  **RECORD ON APPEAL; PLAINTIFF'S**
   | **Kellen S. Stevens;**                                )  **STATEMENT OF ISSUES;  TO THE 9TH**
13 | **Dennis M. Sandoval;**                               )  **CIRCUIT COURT OF APPEAL;**
   | **De La Housaye & Associates,  A Law**                )  **RENEWED IFP (WRIT/APPEAL BASED**
14 | **Corporation;**                                      )  **ON ISSUES IN EMERGENCY MOTION**
   | **Roes 1-10;**                                        )  **FILED UNDER CIRCUIT RULE 27-3**
15 | **Individually, Jointly, Jointly and Severally,**     )  **THAT IS FILED CONCURRENTLY)**
16 |            **Appellees.**                             )
                                                           )
17                                                         )
                                                           )
18 | _____ )
                                                    **I**
19 |       <u>**Notice of Writ of Mandamus; Alternatively Appeal**</u>

20

        Appellant Paul Hupp ("APPELLANT"), *In Propria Persona*, hereby gives notice of

21

   Petition for Writ of Mandamus ("WRIT") mandating the District Court ("D-COURT") to

22

   calendar and rule on APPELLANT'S *Ex Parte* Application filed on <u>August 17, 2020</u>;

23

   *alternatively* APPELLANT files this paper as an appeal ("APPEAL") under Title 28 U.S.C. §

24

   158 from the D-COURT'S failure to timely calendar and grant or deny APPELLANT'S *Ex Parte*

25

   Application .

                                               -1-
                                                              Paul Hupp
                                                              Appeal

1    This WRIT APPEAL is based upon the statement of issues accompanying this notice in

2    APPELLANT'S Emergency Motion under Circuit Rule 27-3, filed concurrently. The names of

3    all parties (bold) to the judgment appealed from, along with their addresses and telephone

4    numbers, are as follows;

5        Plaintiffs;

6    **Paul Hupp**

7    965 Hidden Oaks Drive
    Beaumont, CA. 92223

8    (951) 769-1268

9        Defendants;
    No Defendant/s have been served or appeared.

10

11   **II**
**Designation of the Record**

12       APPELLANT files the following designation of the record on appeal to the 9th Circuit

13   Court of Appeals under Title 28 U.S.C. 158.

14

15       The record in this case contains limited docket items and no court appearances requiring

16   transcripts. Plaintiff's requests all docket items for the record.

17   **III**
**Statement of Issues on Appeal**

18       Paul Hupp is, and has been for four (4) years, denied access to the courts and due process

19   of law under the First and Fourteenth Amendments; in state court and federal court by said

20   court's refusing access to accept civil actions, as outlined in APPELLANT'S Emergency Motion

21   under Circuit Rule 27-3, which by this reference is incorporated into this brief and filed

22   concurrently.

23

24   ///

25   ///

Paul Hupp
                    Appeal

## IV
## IFP Fee Waiver Application

**PLAINTIFF PAUL HUPP'S *EX PARTE* MOTION FOR WAIVER OF ALL FEES AND COSTS ON APPEAL PURSUANT TO TITLE 28 U.S.C. § 1915 (IN FORMA PAUPERIS); POINTS AND AUTHORITIES AND DECLARATION OF PAUL HUPP IN SUPPORT THEREOF**

APPELLANT Paul Hupp, *In Propria Persona*, files this renewed application for waiver of all fees and costs that relate to WRIT APPEAL pursuant to Title 28 U.S.C. § 1915.

APPELLANT filed a waiver in the District Court on August 17, 2020, and incorporates that waiver (not ruled on) for this WRIT APPEAL.

### POINTS AND AUTHORITES IN SUPPORT OF FEE WAIVER

Plaintiff lacks the financial means necessary to pay the appeal filing fee.

All appeal costs that arise under In Forma Pauperis status, including transcripts, are included in the waiver. Authority- Title 28 U.S.C. § 1915 (c)(1)(2)(3). Transcripts are not required in this appeal/action.

## V
## DECLARATION OF PAUL HUPP SUPPORTING IN FORMA PAUPERS STATUS

1. I am the Plaintiff/Appellant in this action, appearing in *Propria Persona*.

2. I am unemployed and currently have no dedicated income.

3. This appeal involves constitutional and due process questions that are well established, clear and should be clarified for uniformity and future litigation in this circuit.

4. I am entitled to address these issues at the appellate level to determine their scope, uniformity and constitutionality, as well as whether or not the trial court abused it's

Paul Hupp
Appeal

1  discretion, or acted in an arbitrary and capricious manner, in refusing to calendar and

2  rule on my Emergency *Ex Parte* Application.

3      5.  I will provide any and all documentation that the court requires to verify my IFP

4  status.

5  VERIFICATION

6      I, Paul Hupp, do hereby declare under penalty of perjury of the laws of the State of

7  California and of the United States, that the above listed statements are within my personal

8  knowledge, the statements are true and correct to the best of my knowledge, that all attached

9  exhibits or declarations, if any, are true and correct copies of the originals which are in my

10  personal possession, and if called upon to testify to such statements in a court of law of

11  competent jurisdiction, I would and could competently testify to all such statements.

12      Executed on September 4, 2020, at Beaumont, CA

13      Dated this 4th day of September, 2020

14

            /s/ Paul Hupp

15              Paul Hupp

            965 Hidden Oaks Drive

16              Beaumont, CA. 92223

            *In Propria Persona*

17

18

19

20

21

22

23

24

25

Paul Hupp
Appeal

Monday, September 7, 2020

U.S. District Court – Civil Clerk
3470 12th Street
Riverside, CA 92501

   RE: Attempt to File "Emergency" Papers @ 1:30 PM, Friday, September 4, 2020

Dear Clerk-

I attempted to file the two (2) attached papers on Friday, September 4, 2020, at 1:30 PM:

**1. APPELLANT'S EMERGENCY MOTION TO ORDER DISTRICT COURT TO CALENDAR APPELLANT'S *EX PARTE* APPLICATION FORTHWITH**

**2. PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS; *ALTERNATIVELY* NOTICE OF APPEAL UNDER TITLE 28 U.S.C. § 158; DESIGNATION OF THE RECORD ON APPEAL; PLAINTIFF'S STATEMENT OF ISSUES; TO THE 9TH CIRCUIT COURT OF APPEAL; RENEWED IFP (WRIT/APPEAL BASED ON ISSUES IN EMERGENCY MOTION FILED UNDER CIRCUIT RULE 27-3 THAT IS FILED CONCURRENTLY)**

The court was locked down and there was no drop box. The US Marshall's refused to go to the clerk's office or take the two (2) papers to the clerk, and instead told me to call 951-774-1021, which was the number for the Bankruptcy Court's clerk. They refused to take the papers, and instead said they would "try" to get someone from the District Court to take the papers. No one came to take them and I went home after 30 minutes of waiting in 106 degree heat.

Since there should have been a drop box, and the civil clerk had a DUTY to take "Emergency" filings, there is a major problem here.

**Please file BOTH of these two (2) papers, on an "Emergency" basis, nunc pro tunc to Friday, September 4, 2020, which is when they should have been received and filed "but for" the civil clerk not being open during regular business hours.**

Please email me if there are any problems.

Paul Hupp
965 Hidden Oaks Drive
Beaumont, CA 92223
Paulhupp@Gmail.com
951-769-1268

**DECLARATION OF SERVICE**
Hupp   v.
9th Circuit Case No.: 20-
Central District of CA Case No.: EDCV-20-

I, Kim Hayes, declare the following;

1. I am over 18 years of age,
2. I am a party to this action,
3. My address is 965 Hidden Oaks Drive, Beaumont, CA 92223
4. I served a true and correct copy of THE FOLLOWING;

Appellant Paul Hupp's:

1. **PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS;** *ALTERNATIVELY* **NOTICE OF APPEAL UNDER TITLE 28 U.S.C. § 158; DESIGNATION OF THE RECORD ON APPEAL; PLAINTIFF'S STATEMENT OF ISSUES;  TO THE 9TH CIRCUIT COURT OF APPEAL; RENEWED IFP (WRIT/APPEAL BASED ON ISSUES IN EMERGENCY MOTION FILED UNDER CIRCUIT RULE 27-3 THAT IS FILED CONCURRENTLY)**

2. **APPELLANT'S EMERGENCY MOTION TO ORDER DISTRICT COURT TO CALENDAR APPELLANT'S** *EX PARTE* **APPLICATION FORTHWITH**

ADDRESSED TO;

| Office of the Clerk U.S. Court of Appeals for the Ninth Circuit P.O. Box 193939 San Francisco, CA 94119-3939 | U.S. District Court – Civil Clerk 3470 12th Street Riverside, CA 92501 | |
|---|---|---|
| | | |

By placing said document/s in a sealed envelope into the United States Postal Service at Beaumont, CA with the postage fully prepaid on;
September 7, 2020;

EXECUTED ON:
September 7, 2020,  at Beaumont, CA 92223

I declare under penalty of perjury of the laws of the State of California and the United States that the forgoing is true and correct.

Declarant-Kim Hayes_____

965 Hidden Oaks Drive
Beaumont, CA 92223

Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

