FILED

FEB 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL HUPP,<br><br>        Plaintiff-Appellant,<br><br>and<br><br>ARISTEA HUPP,<br><br>        Plaintiff,<br><br> v.<br><br>SOLERA OAK VALLEY GREENS ASSOCIATION; et al.,<br><br>        Defendants-Appellees. | No. 20-56004<br><br>D.C. No.<br>5:16-cv-00370-VAP-SP<br>Central District of California,<br>Riverside<br><br>ORDER |

Before: CANBY, GRABER, and FRIEDLAND, Circuit Judges.

This court has reviewed the notice of appeal filed September 14, 2020 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 11-80041. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 20-56004 is therefore dismissed.

This order, served on the district court for the Central District of California, shall constitute the mandate of this court.

MF/Pro Se

To the extent appellant's notice of appeal requests relief by way of a petition for writ of mandamus, it shall not be permitted to proceed because appellant has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977); *In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

All pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained.

**DISMISSED in part; DENIED in part.**